UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OASIS MEDICAL INC.,

        Plaintiff,

-against-

BIOCIA INC., et al.,

        Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/30/2023
```

23-MC-206 (ALC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The letter-motions at Dkts. 18 and 19 are GRANTED. Biocia's reply brief in further support of its motion to quash the subpoenas is due **July 13, 2023**. Domareki's brief in opposition to Oasis's cross-motion to enforce the subpoenas is also due **July 13, 2023**. Additionally, Domareki shall advise the Court, no later than **July 13, 2023**, whether he consents to the transfer of the pending motions to the Central District of California pursuant to Fed. R. Civ. P. 45(f). Oasis's reply brief in further support of its cross-motion is due **July 20, 2023**.

    Judge Moses is unavailable the week of July 25, 2023. Consequently, if the motions are not transferred to the Central District of California, they will be heard on **August 2, 2023, at 12:00 p.m.**, in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
       June 30, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**