UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  07/27/2023
```

OASIS MEDICAL INC.,

          Plaintiff,

    -against-

BIOCIA INC., et al.,

          Defendants.

23-MC-206 (ALC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

       The Court is in receipt of the letter-motion (Dkt. 41) submitted by I-MED Pharma USA Inc. and I-MED Pharma Inc. (together, I-MED) and Dr. Ilan Hofmann, who have not previously participated in the proceedings in this District, and who now request the adjournment of the conference currently scheduled for August 2, 2023. (*See* Dkt. 41 at 2.) The adjournment request is denied. Notwithstanding that I-MED and Hoffman have not sought to intervene in this action, they may appear at the August 2 conference.

       This Order resolves the letter-motion at Dkt. 41.

Dated: New York, New York
       July 27, 2023

                    **SO ORDERED.**

                    **BARBARA MOSES**
                    **United States Magistrate Judge**