UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OASIS MEDICAL INC.,

          Plaintiff,

-against-

BIOCIA INC., et al.,

          Defendants.

23-MC-206 (ALC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court is in receipt of I-MED and Hoffman's newly-filed motion to compel compliance with their subpoena to Domareki. (Dkt. 48.) Opposition papers, if any, must be filed no later than **August 9, 2023**. There will be no reply.

    If the parties are able to reach agreement on some or all of the contested issues in this action, including the allotment of time for Domareki's deposition and the production of documents responsive to the subpoena *duces tecum* served by Oasis, they shall so advise, in writing, no later than **August 10, 2023**.

Dated: New York, New York
       August 2, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**